UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
UNITED STATES OF AMERICA    :    Criminal No. 06-113(FSH)
                                                      :
                                                      :
          V.    :    ORDER
                                                      :
JOHN MCGOVERN    :    September 23, 2011
_____:

       This matter having come before the Court on the application of defendant John McGovern, through his attorney, the Office of the Federal Public Defender (Linda D. Foster, Assistant Federal Public Defender, appearing), and in the presence of the United States of America, Paul J. Fishman, United States Attorney, for the District of New Jersey (Leslie F. Schwartz, Assistant U.S. Attorney, appearing), for an order extending the date that defendant McGovern has been ordered to voluntarily surrender to the Bureau of Prisons, and the Court having considered the submissions of the parties, and the Court finding that extensions have already been granted to enable the Bureau Of Prisons to place him at FC Devens, which has an outstanding prison hospital that is well equipped to treat Mr. McGovern's health disabilities, and for good cause shown,

       IT IS on this 23rd day of September 2011,

       ORDERED that defendant John McGovern's application to extend his surrender date from September 29, 2011 is hereby DENIED.

                                          s/ Faith S. Hochberg
                                          Honorable Faith S. Hochberg
                                          United States District Judge