**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

**WILFREDO TORRES**
**CHIEF PROBATION OFFICER**

**200 FEDERAL PLAZA**
**ROOM 130**
**PATERSON, NJ**
**(973) 357-4080**
**FAX: (973) 357-4092**

February 8, 2016

**Mailing Address:**

**50 WALNUT STREET**
**ROOM 1001**
**NEWARK, NJ 07102**

www.njp.uscourts.gov

The Honorable Faith S. Hochberg
United States District Judge
Martin Luther King Jr. Federal Courthouse and Building
P.O. Box 0999
Newark, New Jersey 07102-0999

                          **RE: MCGOVERN, John**
                          **Dkt. No.: 06-00113-01**
                          **Notification of Expiration of Supervision**
                          **With Outstanding Restitution Balance**

Dear Judge Hochberg:

On May 25, 2011, Your Honor sentenced John McGovern to 20 months incarceration, followed by a three-year term of supervised release for the offense of Conspiracy to Embezzle from a Labor Union. Also ordered was restitution of $783,931, as well as a special assessment fee of $100. Special conditions ordered were as follows: gambling restrictions, new debt restrictions and mental health treatment. The offender's term of supervision commenced on March 8, 2013. He has resided with his elderly mother in a two-bedroom house that is owned by his sister in Hawthorne, New Jersey.

Due to the offender suffering from significant medical problems, including coronary artery disease, esophageal cancer, hypertension, diabetes and back pain, the offender has received Social Security disability benefits. The offender also suffers from chronic mental health illnesses, such as depression, impulse control disorder, addiction to gambling and severe anxiety.

Since the commencement of his supervision, the offender has continued to experience medical problems, which has resulted in numerous hospitalizations and extended stays at rehabilitation centers. However, he has maintained compliance with his mental health treatment and has been medically compliant.

As of today's date, the offender has paid a total of $7,800.95 on his financial obligations, leaving a balance of $776,230.05. Unless the Court considers otherwise, we recommend that his supervision term be allowed to expire on March 7, 2016, as scheduled since the financial obligation order remains imposed as a final judgment, pursuant to Title 18 U.S.C. § 3612. By copy of this letter, the Financial Litigation Unit of the United States Attorney's Office for the District of New Jersey is also notified of the expiration of supervision.

As always, we are available to discuss this matter. The undersigned can be reached at (973) 445-8517.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

*Susan E. Karlak*

By: Susan E. Karlak
Senior U.S. Probation Officer

/sek

Cc: U.S. Attorney's Financial Litigation Unit, D/NJ

## EXPIRATION OF SUPERVISION WITH OUTSTANDING FINE BALANCE

U.S. v John McGovern
Docket No.: 06-00113-001

__X__  The Court approves of the expiration of supervision with an outstanding fine balance.

_____  The Court does not approve of expiration of supervision with an outstanding fine balance.

_____  Other:

*[signature]*

2/9/2016